IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUSANNE BECKER,  Plaintiff,  vs.  JAMES THOMAS HURD,  Defendant. | **8:23CV208**  **ORDER** |
| SUSANNE BECKER,  Plaintiff,  vs.  RANDALL COUNTY COURT,  Defendant. | **8:23CV270**  **ORDER** |
| SUSANNE BECKER,  Plaintiff,  vs.  FIRST NATIONAL BANK OF OMAHA, JEAN RHODES, MARK SCHMIDT, and CINDY SCHMIDT,  Defendants. | **8:23CV275**  **ORDER** |
| SUSANNE BECKER HURD,  Plaintiff,  vs. | **8:23CV278**  **ORDER** |

| | |
|---|---|
| LYNETTE STODDARD, AUDREY M. ELLIOT LONG, MARK R. SCHMIDT, and CINDY SCHMIDT,<br><br>                    Defendants. | |
| SUSANNE BECKER,<br><br>                    Plaintiff,<br><br>     vs.<br><br>JAMES REGEAN, Individual capacity, official capacity;<br><br>                    Defendant. | **8:23CV279**<br><br>**ORDER** |
| SUSANN BECKER HURD,<br><br>                    Plaintiff,<br><br>     vs.<br><br>KADEE BAYLESS, and COURTNEY R. GLIEM,<br><br>                    Defendants. | **8:23CV284**<br><br>**ORDER** |
| SUSANN BECKER HURD,<br><br>                    Plaintiff,<br><br>     vs.<br><br>AUDREY LONG, MARK SCHMIDT, CYTHIA SCHMIDT, SCOTTSBLUFF PUBLIC SCHOOL DISTRICT, and AULICK,<br><br>                    Defendants. | **8:23CV285**<br><br>**ORDER** |

| | |
|---|---|
| SUSANN BECKER HURD,<br><br>            Plaintiff,<br><br>   vs.<br><br>KIRK FELLHOELTER, KRISTEN MICKEY, AUDREY MILLER, KADEE BAYLESS, MICHAEL MODEC, SCOTTSBLUFF COUNTY COURT, and SCOTTSBLUFF PUBLIC SCHOOL DISTRICT,<br><br>            Defendants. | **8:23CV286**<br><br>**ORDER** |
| SUSANNE BECKER HURD,<br><br>            Plaintiff,<br><br>   vs.<br><br>STATE OF NEBRASKA, CITY OF SCOTTSBLUFF, and SCOTTSBLUFF COUNTY COURT,<br><br>            Defendants. | **8:23CV288**<br><br>**ORDER** |
| SUSANN BECKER,<br><br>            Plaintiff,<br><br>   vs.<br><br>SCOTTSBLUFF COUNTY SHERIFF,<br><br>            Defendant. | **8:23CV293**<br><br>**ORDER** |
| SUSANNE BECKER,<br><br>            Plaintiff,<br><br>   vs. | **8:23CV294**<br><br>**ORDER** |

3

| | |
|---|---|
| SCOTTS BLUFF COUNTY, SCOTTSBLUFF CITY, GERING CITY, and STATE OF NEBRASKA,<br><br>        Defendants. | |
| SUSANN BECKER HURD,<br><br>        Plaintiff,<br><br>vs.<br><br>AUDERY ELLIOT LONG,<br><br>        Defendant. | **8:23CV295**<br><br>**ORDER** |
| SUSANNE BECKER HURD,<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTY OF SCOTTSBLUFF, and CITY OF GERING,<br><br>        Defendants. | **8:23CV302**<br><br>**ORDER** |
| SUSANNE BECKER,<br><br>        Plaintiff,<br><br>vs.<br><br>SCOTTS BLUFF SHERIFF OFFICE, and GMC FINANCIAL,<br><br>        Defendants. | **8:23CV316**<br><br>**ORDER** |

The Clerk's office has received several e-mails from Plaintiff Susanne Becker, also known as Susanne Becker Hurd,[1] in which she takes issue with the Court's local rules,[2] among other things.

As previously stated by the Court and pursuant to local rule, the Court does not consider documents submitted via e-mail to the assigned judge or to the Clerk of the Court as filed with the Court.  *See* NECivR 5.1(c).  The Court granted Plaintiff's request to reinstate her electronic filing access and once she e-mails the Clerk's office the list of cases for which she wishes to have electronic filing access, she may thereafter electronically file documents she wishes the Court to consider.  The Court, however, will not act on any e-mails submitted by Plaintiff to the Clerk's office and also will direct the Clerk's office to not act on any such e-mails, and such e-mail submissions will not be made part of the record.  If Plaintiff wishes to request relief from or action by the Court, she may do so by mailing, hand-delivering, or electronically filing (after following the steps the Court previously outlined for obtaining electronic filing access in her cases, *see*, *e.g.*, Filing Nos. 10 & 12, Case No. 8:23CV208) a proper motion to the Clerk.

**Plaintiff is advised to refrain from sending any further emails to the Clerk's office which she seeks to have filed or presented to the Court for consideration. No action will be taken on such emails by either the Court or the Clerk's office. Plaintiff must follow the instructions for filing documents electronically in CM/ECF**

---

[1] Plaintiff also identifies herself as "Susann" Becker or "Susann" Becker Hurd in Case Nos. 8:23CV284, 8:23CV285, 8:23CV286, 8:23CV293, and 8:23CV295.

[2] The Court adopted the General Rules of the United States District Court for the District of Nebraska, cited as "NEGenR __," and the separate local rules of procedure for civil cases, cited as "NECivR __," under Federal Rule of Civil Procedure 83.  *See* NEGenR 1.1(a), (b).

**previously outlined by the Court if she wishes to present matters for the Court's consideration**.

IT IS THEREFORE ORDERED that:

1. Neither the Court nor the Clerk's office will take any action on any emails submitted by Plaintiff for filing or consideration by the Court, and the emails will not be made part of the Court's record.

2. Plaintiff shall refrain from submitting further emails to the Clerk's office for filing or consideration by the Court. Plaintiff may only e-mail the Clerk's office in accordance with the Court's previous orders to obtain electronic filing access in her cases. If Plaintiff obtains electronic filing access in her cases, then she must file documents electronically with the Court. Otherwise, Plaintiff may file documents by mailing or hand-delivering them to the Clerk of Court.

Dated this 21st day of August, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge