IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUSANNE BECKER,<br><br>   Plaintiff,<br><br> vs.<br><br>JAMES THOMAS HURD,<br><br>   Defendant. | **8:23CV208**<br><br>**ORDER** |
| SUSANNE BECKER,<br><br>   Plaintiff,<br><br> vs.<br><br>RANDALL COUNTY COURT,<br><br>   Defendant. | **8:23CV270**<br><br>**ORDER** |
| SUSANNE BECKER,<br><br>   Plaintiff,<br><br> vs.<br><br>FIRST NATIONAL BANK OF OMAHA, JEAN RHODES, MARK SCHMIDT, and CINDY SCHMIDT,<br><br>   Defendants. | **8:23CV275**<br><br>**ORDER** |
| SUSANNE BECKER HURD,<br><br>   Plaintiff,<br><br> vs. | **8:23CV278**<br><br>**ORDER** |

| | |
|---|---|
| LYNETTE STODDARD, AUDREY M. ELLIOT LONG, MARK R. SCHMIDT, and CINDY SCHMIDT,<br><br>            Defendants. | |
| SUSANNE BECKER,<br><br>            Plaintiff,<br><br>vs.<br><br>JAMES REGEAN, Individual capacity, official capacity;<br><br>            Defendant. | **8:23CV279**<br><br>**ORDER** |
| SUSANN BECKER HURD,<br><br>            Plaintiff,<br><br>vs.<br><br>KADEE BAYLESS, and COURTNEY R. GLIEM,<br><br>            Defendants. | **8:23CV284**<br><br>**ORDER** |
| SUSANN BECKER HURD,<br><br>            Plaintiff,<br><br>vs.<br><br>AUDREY LONG, MARK SCHMIDT, CYTHIA SCHMIDT, SCOTTSBLUFF PUBLIC SCHOOL DISTRICT, and AULICK,<br><br>            Defendants. | **8:23CV285**<br><br>**ORDER** |

2

| | |
|---|---|
| SUSANN BECKER HURD,<br><br>        Plaintiff,<br><br>   vs.<br><br>KIRK FELLHOELTER, KRISTEN MICKEY, AUDREY MILLER, KADEE BAYLESS, MICHAEL MODEC, SCOTTSBLUFF COUNTY COURT, and SCOTTSBLUFF PUBLIC SCHOOL DISTRICT,<br><br>        Defendants. | **8:23CV286**<br><br>**ORDER** |
| SUSANNE BECKER HURD,<br><br>        Plaintiff,<br><br>   vs.<br><br>STATE OF NEBRASKA, CITY OF SCOTTSBLUFF, and SCOTTSBLUFF COUNTY COURT,<br><br>        Defendants. | **8:23CV288**<br><br>**ORDER** |
| SUSANN BECKER,<br><br>        Plaintiff,<br><br>   vs.<br><br>SCOTTSBLUFF COUNTY SHERIFF,<br><br>        Defendant. | **8:23CV293**<br><br>**ORDER** |
| SUSANNE BECKER,<br><br>        Plaintiff,<br><br>   vs. | **8:23CV294**<br><br>**ORDER** |

3

| | |
|---|---|
| SCOTTS BLUFF COUNTY, SCOTTSBLUFF CITY, GERING CITY, and STATE OF NEBRASKA,<br><br>    Defendants. | |
| SUSANN BECKER HURD,<br><br>    Plaintiff,<br><br> vs.<br><br>AUDERY ELLIOT LONG,<br><br>    Defendant. | **8:23CV295**<br><br>**ORDER** |
| SUSANNE BECKER HURD,<br><br>    Plaintiff,<br><br> vs.<br><br>COUNTY OF SCOTTSBLUFF, and CITY OF GERING,<br><br>    Defendants. | **8:23CV302**<br><br>**ORDER** |
| SUSANNE BECKER,<br><br>    Plaintiff,<br><br> vs.<br><br>SCOTTS BLUFF SHERIFF OFFICE, and GMC FINANCIAL,<br><br>    Defendants. | **8:23CV316**<br><br>**ORDER** |

  The above-captioned cases are before the Court on Plaintiff's "Notice of Constitutional Challenge." *E.g.*, Filing No. 14, Case No. 8:23CV208. Plaintiff states she

4

is raising a constitutional challenge to the Court's previous three orders regarding her e-filing access and e-mails to the Court.  See Filing Nos. 10, 12, & 13, Case No. 8:23CV208.  Plaintiff states:

> The orders of the Federal District Court of Nebraska has been written 3 times that I have to mail in my efile documents while other attorneys and lawyers of America get it [sic] to e-file their documents and are not wasting money on postage.
>
> I feel that I am a poor woman that has been thrown under the bus by her own government (federal) and country(America), especially her formal agency the United State Postal service; and I do not think i [sic] have to pay postage to have my documents mailed and the upload to the e-file system that i [sic] have no access to in Texas and limited access to in Nebraska and questionable access to in Colorado.

Filing No. 14 at 5, Case No. 8:23CV208.  Plaintiff has fundamentally misunderstood the Court's prior orders, and the Court, again, will try to clarify to Plaintiff what she needs to do in order to electronically file documents in her cases in this Court.

Contrary to her assertion, the Court did not state that Plaintiff must "mail in [her] efile documents."  The Court granted Plaintiff's request to reinstate her electronic filing access on July 25, 2023.  Filing No. 10, Case No. 8:23CV208.  In order to reinstate her PACER account and begin electronically filing documents in her cases in this Court, Plaintiff must take the following steps:

1) Send an e-mail to NEDdb_Clerk_Mail@ned.uscourts.gov that includes the following, or similar language: "I, Plaintiff, request electronic filing access in my cases filed in this Court, and those cases are [list case numbers here]."

2) Plaintiff must include the case number for each case in which she wants electronic filing access.  To be clear, Plaintiff must write in the e-mail a list of her cases in which she wants to file electronically.  If Plaintiff wants to file electronically in all 15

5

of her cases,[1] then she must list the case numbers for all 15 cases in her e-mail to NEDdb_Clerk_Mail@ned.uscourts.gov.

3) Once the Clerk's office receives Plaintiff's e-mail with the list of cases for which she wants electronic filing access, the Clerk's office will complete the steps necessary to grant Plaintiff access. Plaintiff will then be able to file documents electronically in her cases.

If Plaintiff follows the steps outlined above, she will be able to electronically file documents in her cases.

IT IS THEREFORE ORDERED that:

1. To the extent Plaintiff's "Notice of Constitutional Challenge" could be construed as a motion seeking relief from the purported denial of her electronic filing access, such motion is denied as the Court is not denying Plaintiff electronic filing access.[2]

2. Plaintiff shall follow the steps outlined above if she wishes to file documents electronically in her cases.

Dated this 5th day of September, 2023.

BY THE COURT:

*Joseph F. Bataillon* (signature)

Joseph F. Bataillon
Senior United States District Judge

---

[1] Plaintiff filed a fifteenth case on September 1, 2023.  *See* Case No. 8:23CV393.

[2] Plaintiff also e-mailed a copy of the Notice to the Clerk's Office, but as documents e-mailed to the Clerk are not filed with the Court, the Court did not take, and will not take, any action on Plaintiff's e-mail.